**Dismissed and Memorandum Opinion filed October 21, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00602-CV

## HILTON HOLDINGS, LLC, Appellant

### V.

## CROSSCHECK ADJUSTER, INC., Appellee

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2012-40114**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed April 21, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 15, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.